CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.426-1889
Fax: 916.443-2124

Attorneys for Defendant COUNTY OF SACRAMENTO

LAW OFFICE OF VICKI E. CODY
VICKI E. CODY, SBN 157842
P. O. Box 189685
Sacramento, CA 95818-9685
Phone: (916) 222-9449
Fax: (916) 222-3062
Email: vicki@vcodylaw.com

Attorney for Plaintiff LAMAR DONAHUE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR DONAHUE,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF SACRAMENTO and DOES 1-25,<br><br>    Defendants. | Case No.: 2:17-cv-01842 KJM DB<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT; ORDER THEREON** |

WHEREAS, on February 21, 2017, Plaintiff filed a Complaint for Wrongful Detention, 42 U.S.C. Section 1983, Intentional Infliction of Emotional Distress in the Superior Court of the State of California, Sacramento County, Action No. 34-2017-00208297;

WHEREAS, on August 9, 2017, Plaintiff served the Complaint on the Defendant County of Sacramento by serving the Sacramento County Board of Supervisors;

WHEREAS, on September 6, 2017, Defendant County of Sacramento filed a removal of this action to the U. S. District Court, Eastern District of California;

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 426-1889

STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT; ORDER
Case No. 2:17-cv-01842 KJM DB

1

WHEREAS, Defendant County of Sacramento's response to the Complaint is due to be filed by September 13, 2017;

WHEREAS, counsel for Defendant County of Sacramento and counsel for Plaintiff have met and conferred in an attempt to resolve issues prior to Defendant filing a motion to dismiss;

WHEREAS, counsel for Plaintiff has agreed to file a First Amended Complaint;

WHEREAS, in an attempt to avoid motions practice, counsel for the parties have agreed that Plaintiff's counsel may have an extension of 30 days to October 13, 2017, within which to file a First Amended Complaint;

WHEREAS, counsel for the parties have agreed that Defendant County of Sacramento may have 21 days after the filing of the First Amended Complaint to respond to the First Amended Complaint in any manner permitted under the Federal Rules of Civil Procedure;

NOW THEREFORE, the parties through their attorneys stipulate as follows:

1. Plaintiff may have an extension of 30 days to October 13, 2017, within which to file a First Amended Complaint;

2. Defendant County of Sacramento may have 21 days after the filing of the First Amended Complaint to respond to the First Amended Complaint in any manner permitted under the Federal Rules of Civil Procedure;

IT IS SO STIPULATED.

DATE: September 13, 2017     CREGGER & CHALFANT LLP


/s/ Robert L. Chalfant
ROBERT L. CHALFANT
Attorneys for Defendant COUNTY OF SACRAMENTO


DATE: September 13, 2017     LAW OFFICE OF VICKI E. CODY


/s/ Vicki E. Cody
VICKI E. CODY
Attorney for Plaintiff LAMAR DONAHUE

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 426-1889

STIPULATION TO EXTEND TIME FOR PLAINTIFF
TO FILE FIRST AMENDED COMPLAINT; ORDER
Case No. 2:17-cv-01842 KJM DB

2

# ORDER

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. Plaintiff may have an extension of 30 days to October 13, 2017, within which to file a First Amended Complaint; and

2. Defendant County of Sacramento may have 21 days after the filing of the First Amended Complaint to respond to the First Amended Complaint in any manner permitted under the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: September 15, 2017.

_____
UNITED STATES DISTRICT JUDGE

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 426-1889

STIPULATION TO EXTEND TIME FOR PLAINTIFF
TO FILE FIRST AMENDED COMPLAINT; ORDER
Case No. 2:17-cv-01842 KJM DB

3